MEMORANDUM
TO THE HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE

Re:          Joanne Simonetti
Docket No.:  06-CR-0160
             **REQUEST TO RELEASE PASSPORT**

On November 9, 2006, Your Honor sentenced the above mentioned offender to: forty-one months custody, three years supervised release, and a $100 special assessment. Special conditions imposed were: the defendant shall comply with the restitution order ($1,667,051.85), a forfeiture of $1.2 million, and shall provide a complete financial disclosure to the Probation Department to monitor her compliance. Restitution is payable at a rate of 25% of the defendant's net disposable income for distribution to Sovereign Bank. This sentence resulted from a conviction for Bank Embezzlement, in violation of 18 U.S.C. § 656.

With regard to the offender's adjustment to supervision, she has been compliant. In January 2010, supervision of the case was accepted by the District of New Jersey due to the offender's Manalapan, New Jersey residence.

The offender is requesting permission to obtain her United States passport for the sole purpose of assisting her with obtaining the required identification needed to secure a New Jersey Driver's license. It should be noted that the offender's New York Driver's license will expire in May 2012. The New Jersey Division of Motor Vehicles uses a point system, where various forms of identification are given a point value ranging from one to four. A total of seven points are needed to acquire a driver's license. The offender has her birth certificate which carries a value of three points. The offender is unable to use her New York driver's license because it bears the name "Joanne" instead of her true name "Johanna." Thus, the offender needs to secure her passport which is worth four points.

Since the offender has maintained employment, has made restitution payments as directed, and has maintained a stable residence, we support this request. Your Honor may indicate the Court's response on page two of this report.

Respectfully submitted by,

*[signature]*
Michelle A. Powell
Senior U.S. Probation Officer
Date: 2/28/12

THE COURT ORDERS:

- ☒ Permission to release the passport
- ☐ Permission to release the passport denied
- ☐ Other Action

s/ JG

_____
Signature of Judicial Officer
Date: